UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ALDRIDGE, HEATHER          § Case No. 12-11581
                                  §
                                  §
                                  §
Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on October 24, 2014 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 09/04/2014       By: /s/JOHN E. GIERUM
                                                    Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ALDRIDGE, HEATHER § Case No. 12-11581
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 500,462.08 |
| and approved disbursements of | $ 413,287.00 |
| leaving a balance on hand of [1] | $ 87,175.08 |
| **Balance on hand:** | $ 87,175.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 87,175.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 28,007.80 | 0.00 | 28,007.80 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten Ltd. | 1,053.50 | 0.00 | 1,053.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 29,061.30 |
| Remaining balance: | $ | 58,113.78 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 58,113.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 58,113.78

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,836.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 2,781.05 | 0.00 | 2,781.05 |
| 2 | Discover Bank | 18,148.06 | 0.00 | 18,148.06 |
| 3 | Anesthesia Consultants Ltd | 96.46 | 0.00 | 96.46 |
| 4 | Global Medical Imaging Co | 150.00 | 0.00 | 150.00 |
| 5 | Cavalry Portfolio Services, LLC | 36,661.23 | 0.00 | 36,661.23 |

Total to be paid for timely general unsecured claims: $ 57,836.80
Remaining balance: $ 276.98

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $     276.98

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $     276.98

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $276.98. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                       Northern District of Illinois
In re:                                                   Case No. 12-11581-ABG
Heather Aldridge                                         Chapter 7
          Debtor
                         CERTIFICATE OF NOTICE
District/off: 0752-1          User: dwilliams            Page 1 of 1          Date Rcvd: Sep 05, 2014
                              Form ID: pdf006            Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2014.
db            +Heather Aldridge,    805 Safford Avenue,    Lake Bluff, IL 60044-1547
19044468       Anesthesia Consultants Ltd,    C/O Certified Services Inc,    Waukegan,IL 60079
18667861      +CITIBANK,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
18667862      +Community Trust Cu,    1313 N Skokie Hwy,    Gurnee, IL 60031-2147
18667864      +First American Bank,    700 Busse Highway,    Elk Grove Village, IL 60007-2133
18667865      +First Midwest Bank/na,    3800 Rock Creek Blvd.,    Joliet, IL 60431-7939
18667866      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19111453      +E-mail/Text: bankruptcy@cavps.com Sep 06 2014 00:31:38     Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
18667860      +E-mail/Text: contact@csicollects.com Sep 06 2014 00:32:10     Certified Services Inc,
               Po Box 177,    Waukegan, IL 60079-0177
18962104       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:44:17     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18667863      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 06 2014 00:35:05     Discover Fin,
               Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
19044501      +E-mail/Text: contact@csicollects.com Sep 06 2014 00:32:10     Global Medical Imaging Co,
               C/O Certified Services Inc,    Pob 177,    Waukegan,IL 60079-0177
18949019      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2014 00:31:11     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18667859     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2014                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
              Andrew G Youra    on behalf of Debtor Heather  Aldridge ayoura@gmail.com,  bdohse17@gmail.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,  IL25@ecfcbis.com
              John E Gierum    jgierum@7trustee.net,  IL25@ecfcbis.com
              John E Gierum    on behalf of Accountant Lois  West jgierum@7trustee.net,  IL25@ecfcbis.com
              Jose G Moreno    on behalf of Creditor   WELLS FARGO BANK, N.A. nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```