**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ALDRIDGE, HEATHER | § Case No. 12-11581-ABG |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $372,800.00                Assets Exempt: $2,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $58,113.78       Claims Discharged
                                                  Without Payment: $1.18

Total Expenses of Administration: $442,348.30

---

3) Total gross receipts of $   500,462.08   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $500,462.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 442,348.30 | 442,348.30 | 442,348.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 58,113.78 | 58,113.78 | 58,113.78 |
| **TOTAL DISBURSEMENTS** | $0.00 | $500,462.08 | $500,462.08 | $500,462.08 |

4) This case was originally filed under Chapter 7 on March 23, 2012. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/17/2014    By: /s/JOHN E. GIERUM
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Employment lawsuit pending against Lake County, | 1129-000 | 500,462.08 |
| **TOTAL GROSS RECEIPTS** | | **$500,462.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten Ltd. | 3410-000 | N/A | 1,053.50 | 1,053.50 | 1,053.50 |
| JOHN E. GIERUM | 2100-000 | N/A | 28,007.80 | 28,007.80 | 28,007.80 |
| Catherine Simmons-Gill | 3210-600 | N/A | 400,000.00 | 400,000.00 | 400,000.00 |
| United States Treasury | 2810-000 | N/A | 9,273.00 | 9,273.00 | 9,273.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 3,065.00 | 3,065.00 | 3,065.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 166.55 | 166.55 | 166.55 |
| Rabobank, N.A. | 2600-000 | N/A | 632.24 | 632.24 | 632.24 |
| Rabobank, N.A. | 2600-000 | N/A | 150.21 | 150.21 | 150.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $442,348.30 | $442,348.30 | $442,348.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management, Inc. | 7100-000 | N/A | 2,781.05 | 2,781.05 | 2,781.05 |
| 1I | Midland Credit Management, Inc. | 7990-000 | N/A | 13.32 | 13.32 | 13.32 |
| 2 | Discover Bank | 7100-000 | N/A | 18,148.06 | 18,148.06 | 18,148.06 |
| 2I | Discover Bank | 7990-000 | N/A | 86.91 | 86.91 | 86.91 |
| 3 | Anesthesia Consultants Ltd | 7100-000 | N/A | 96.46 | 96.46 | 96.92 |
| 3I | Anesthesia Consultants Ltd | 7990-000 | N/A | 0.46 | 0.46 | 0.00 |
| 4 | Global Medical Imaging Co | 7100-000 | N/A | 150.00 | 150.00 | 150.72 |
| 4I | Global Medical Imaging Co | 7990-000 | N/A | 0.72 | 0.72 | 0.00 |
| 5 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 36,661.23 | 36,661.23 | 36,661.23 |
| 5I | Cavalry Portfolio Services, LLC | 7990-000 | N/A | 175.57 | 175.57 | 175.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $58,113.78 | $58,113.78 | $58,113.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11581-ABG  
**Case Name:** ALDRIDGE, HEATHER

**Trustee:**    (520171)    JOHN E. GIERUM  
**Filed (f) or Converted (c):** 03/23/12 (f)  
**§341(a) Meeting Date:** 04/16/12

**Period Ending:** 12/17/14

**Claims Bar Date:** 08/21/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence located at 805 Safford Avenue, Lake, B  Imported from original petition Doc# 1 | 350,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Checking account  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3  Ordinary household furnishings  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4  Miscellaneous books, movies, music, etc.  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Ordinary used clothing  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Service revolver  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Term life insurance policy  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  SLEP pension, no cash value  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Employment lawsuit pending against Lake County,  Imported from original petition Doc# 1 | Unknown | Unknown | | 500,462.08 | FA |
| 10  2007 Chevy Tahoe - 75,000 miles  Imported from original petition Doc# 1 | 17,000.00 | 0.00 | | 0.00 | FA |
| 11  2003 Victory-Vegas motorcycle  Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 11  Assets   Totals (Excluding unknown values) | **$372,800.00** | **$0.00** | | **$500,462.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

3 retained special counsel to pursue wrongful termination lawsuits which are at various litigation stages.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015        **Current Projected Date Of Final Report (TFR):**    December 31, 2016

Printed: 12/17/2014 11:01 AM    V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-11581-ABG  
**Case Name:** ALDRIDGE, HEATHER  
**Taxpayer ID #:** **-***3192  
**Period Ending:** 12/17/14

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/22/14 | {9} | Catherine Simmons-Gill | Employment lawsuit pending against Lake County Sheriff | 1129-000 | 496,262.08 | | 496,262.08 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.55 | 496,095.53 |
| 06/20/14 | 101 | Catherine Simmons-Gill | Special Counsel fees | 3210-600 | | 400,000.00 | 96,095.53 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 632.24 | 95,463.29 |
| 07/22/14 | 102 | United States Treasury | FEIN: 30-6433192 / 2014 Form 1041 | 2810-000 | | 9,273.00 | 86,190.29 |
| 07/22/14 | 103 | Illinois Department of Revenue | FEIN: 30-6433192 / 2014 IL-1041 | 2820-000 | | 3,065.00 | 83,125.29 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.21 | 82,975.08 |
| 08/14/14 | {9} | Heather Aldridge | Employment lawsuit pending against Lake County | 1129-000 | 4,200.00 | | 87,175.08 |
| 10/27/14 | 104 | Lois West, Popowcer Katten Ltd. | Dividend paid 100.00% on $1,053.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,053.50 | 86,121.58 |
| 10/27/14 | 105 | JOHN E. GIERUM | Dividend paid 100.00% on $28,007.80, Trustee Compensation; Reference: | 2100-000 | | 28,007.80 | 58,113.78 |
| 10/27/14 | 106 | Midland Credit Management, Inc. | First and Final Distribution | 7100-000 | | 2,781.05 | 55,332.73 |
| 10/27/14 | 107 | Discover Bank | First and Final Distribution | 7100-000 | | 18,148.06 | 37,184.67 |
| 10/27/14 | 108 | Anesthesia Consultants Ltd | First and Final Distribution  Reversed in order to combine checks Voided on 10/27/14 | 7100-000 | | 96.46 | 37,088.21 |
| 10/27/14 | 108 | Anesthesia Consultants Ltd | First and Final Distribution  Reversed in order to combine checks Voided: check issued on 10/27/14 | 7100-000 | | -96.46 | 37,184.67 |
| 10/27/14 | 109 | Global Medical Imaging Co | First and Final Distribution  Reversed in order to combine checks Voided on 10/27/14 | 7100-000 | | 150.00 | 37,034.67 |
| 10/27/14 | 109 | Global Medical Imaging Co | First and Final Distribution  Reversed in order to combine checks Voided: check issued on 10/27/14 | 7100-000 | | -150.00 | 37,184.67 |
| 10/27/14 | 110 | Cavalry Portfolio Services, LLC | First and Final Distribution | 7100-000 | | 36,661.23 | 523.44 |
| 10/27/14 | 111 | Midland Credit Management, Inc. | First and Final Distribution | 7990-000 | | 13.32 | 510.12 |
| 10/27/14 | 112 | Discover Bank | First and Final Distribution | 7990-000 | | 86.91 | 423.21 |
| 10/27/14 | 113 | Cavalry Portfolio Services, LLC | First and Final Distribution | 7990-000 | | 175.57 | 247.64 |
| 10/27/14 | 114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Reversed in order to combine checks Voided on 10/27/14 | 7990-000 | | 1.18 | 246.46 |
| 10/27/14 | 114 | U.S. Bankruptcy Court | COMBINED SMALL CHECK  Reversed in order to combine checks | 7990-000 | | -1.18 | 247.64 |

Subtotals :   $500,462.08   $500,214.44

{} Asset reference(s)

Printed: 12/17/2014 11:01 AM   V.13.20

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-11581-ABG  
**Case Name:** ALDRIDGE, HEATHER  

**Taxpayer ID #:** **-***3192  
**Period Ending:** 12/17/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 10/27/14 | | | | |
| 10/27/14 | 115 | Anesthesia Consultants Ltd | First and Final Distribution Re-issued Voided on 10/27/14 | 7100-000 | | 96.46 | 151.18 |
| 10/27/14 | 115 | Anesthesia Consultants Ltd | First and Final Distribution Re-issued Voided: check issued on 10/27/14 | 7100-000 | | -96.46 | 247.64 |
| 10/27/14 | 116 | Global Medical Imaging Co | First and Final Distribution Re-issued Voided on 10/27/14 | 7100-000 | | 150.00 | 97.64 |
| 10/27/14 | 116 | Global Medical Imaging Co | First and Final Distribution Re-issued Voided: check issued on 10/27/14 | 7100-000 | | -150.00 | 247.64 |
| 10/27/14 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued Voided on 10/27/14 | 7990-000 | | 1.18 | 246.46 |
| 10/27/14 | 117 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued Voided: check issued on 10/27/14 | 7990-000 | | -1.18 | 247.64 |
| 10/27/14 | 118 | Anesthesia Consultants Ltd | First and Final Distribution Voided on 10/27/14 | 7100-000 | | 96.96 | 150.68 |
| 10/27/14 | 118 | Anesthesia Consultants Ltd | First and Final Distribution Voided: check issued on 10/27/14 | 7100-000 | | -96.96 | 247.64 |
| 10/27/14 | 119 | Anesthesia Consultants Ltd | First and Final Distribution | 7100-000 | | 96.92 | 150.72 |
| 10/27/14 | 120 | Global Medical Imaging Co | First and Final Distribution | 7100-000 | | 150.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 500,462.08 | 500,462.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 500,462.08 | 500,462.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$500,462.08** | **$500,462.08** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | 500,462.08 | 500,462.08 | 0.00 |
| | $500,462.08 | $500,462.08 | $0.00 |

{} Asset reference(s)                                             Printed: 12/17/2014 11:01 AM   V.13.20